IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VIVINT, a Utah corporation<br><br>    Plaintiff,<br><br>v.<br><br>SILVERLINE SECURITY, an Idaho limited liability company, et al.,<br><br>    Defendants,<br><br>and<br><br>JOSH SUTHERLAND, an individual,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>VIVINT, a Utah corporation,<br>    Counter-Defendant. | **JUDGMENT**<br><br>2:12-cv-915<br><br>Chief District Judge Robert J. Shelby |

The court enters judgment against Vivint on its claims pursuant to its Motion to Dismiss.[1]

The court also enters judgment against Josh Sutherland on his claims for failure to prosecute.

SO ORDERED this 10th day of December, 2018.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 44.